UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 15-00036-01 |
| | : | |
| VERSUS | : | JUDGE ROBERT G. JAMES |
| | : | |
| BILLY J. ADCOX, JR. | : | MAG.  JUDGE KAREN L. HAYES |

**ORDER**

Upon consideration,

IT IS ORDERED that Defendant's Motion to Certify Case as Complex Pursuant to 18 U.S.C. § 3161 [Doc. No. 17] is **GRANTED.**  The Court hereby finds that, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(I), (ii), and (iv), that it is unreasonable to expect adequate preparation for trial within the time limits established by 18 U.S.C. § 3161.  Furthermore, the ends of justice served by adherence to the Speedy Trial Act are outweighed by the best interest of the public and the defendant's need for a reasonable amount of time necessary for effective preparation, taking into account his and his counsel's exercise of due diligence.  In making this determination, the Court finds that the case is complex for purposes of  18 U.S.C. § 3161(h)(8)(B)(ii), as it involves a lengthy indictment charging numerous counts.  Pursuant to the Magistrate Judge's Minutes of Proceeding for the April 30, 2015 status conference, no deadlines are set.  A scheduling conference has already been set before the Magistrate Judge for June 18, 2015, at 2:00 p.m.

**MONROE, LOUISIANA,** this 12th day of May, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE