UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00036 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BILLY J. ADCOX, JR. | MAGISTRATE JUDGE HAYES |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, and having thoroughly reviewed the record, including the written objections (Record Document 56) and response (Record Document 62) having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Suppress (Record Document 32) be and is hereby **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 15th day of June, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE